IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JACQUELINE RIGAUD,

     Appellant,

v.

NORTH BROWARD HOSPITAL
DISTRICT/BROWARD
HEALTH,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2224

_____/

Opinion filed September 7, 2016.

An appeal from an order of the Judge of Compensation Claims.
Geraldine B. Hogan, Judge.

Date of Accident: January 31, 2003.

Jacqueline Riguad, pro se.

No appearance for appellee.


PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.